# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISRAEL GARCIA-BORJA,<br><br>                              Petitioner,<br>v.<br>ISIDRO BACA, et al.,<br><br>                              Respondents. | Case No. 3:18-cv-00573-LRH-WGC<br><br>ORDER |

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the Court for consideration of petitioner's application for leave to proceed *in forma pauperis*. (ECF No. 1) The Court finds that petitioner is able to pay the $5.00 filing fee. The application for leave to proceed in *forma pauperis* will therefore be denied.

It is therefore ordered that the application (ECF No. 1) to proceed *in forma pauperis* is denied. Petitioner will have thirty days from entry of this order within which to have the filing fee of $5.00 sent to the Clerk of Court. This action will be dismissed without further prior notice if petitioner fails to fully and timely comply with this order.

The Clerk will send petitioner two (2) copies of this order. Petitioner must make the necessary arrangements to have one (1) copy of this order attached to the check for the filing fee.

DATED this 4th day of December, 2018.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1