# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ISREAL GARCIA-BORJA,

        Petitioner,

v.

ISIDRO BACA, et al.,

        Respondents.

Case No. 3:18-cv-00573-RCJ-WGC

**ORDER**

This habeas matter is before the Court on Petitioner Isreal Garcia-Borja's Declaration of Election to Abandon Claims (ECF No. 23).

On December 23, 2019, the Court found Garcia-Borja's Petition for Writ of Habeas Corpus (ECF No. 6) in this action to be mixed, containing both exhausted and unexhausted claims. (ECF No. 21). The Court informed Garcia-Borja of his three options: (1) file a motion to dismiss seeking partial dismissal of only the unexhausted claims; (2) file a motion to dismiss the entire petition without prejudice in order to return to state court to exhaust the unexhausted claims; and/or (3) file a motion for other appropriate relief, such as a motion for a stay and abeyance asking this Court to hold his exhausted claims in abeyance while he returns to state court to exhaust the unexhausted claims. (*Id.*)

Garcia-Borja has filed a declaration indicating his choice to voluntarily abandon and dismiss his unexhausted claims: Grounds 1 and 3. Garcia-Borja will therefore pursue the one exhausted claim: Ground 2. Respondents did not oppose this motion, and the time for doing so has expired.

**IT IS THEREFORE ORDERED:**

1. Petitioner Isreal Garcia-Borja's request to voluntarily dismiss Grounds 1 and 3 of his Petition for Writ of Habeas Corpus (ECF No. 6) is GRANTED.

2. Grounds 1 and 3 are DISMISSED WITHOUT PREJUDICE as unexhausted and by Garcia-Borja's request.

3. Respondents will have 60 days to answer the remaining claim in this case: Ground 2.

4. In the answer, Respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

5. Garcia-Borja will have 30 days to file any reply to the answer.

6. Any additional state court record and related exhibits must be filed in accordance with LR IA 10-3 and LR IC 2-2 and include a separate index identifying each additional exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (*e.g.*, ECF No. 10). Each exhibit will then be filed as "attachments" to the base document—the index—to receive a sequenced sub-docket number (*e.g.*, Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

7. A paper copy of any exhibits over 50 pages—for this case—must be delivered to the Las Vegas Clerk's Office and addressed to the attention of "Staff Attorney." Paper copies must be (i) file-stamped copies, bearing the document number assigned by the CM/ECF system, (ii) securely bound on the left side to display the document number, and (iii) tabbed to display exhibit numbers or letters on the right side or bottom of the copies. *See* LR IA 10-3(i); LR IC 2-2(g).

DATED this 6th day of February, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE