# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISRAEL GARCIA-BORJA,<br><br>                      Petitioner,<br>v.<br>ISIDRO BACA, et al.,<br><br>                      Respondents. | Case No. 3:18-cv-00573-RCJ-WGC<br><br>**ORDER** |

Good cause appearing, **IT IS THEREFORE ORDERED** that Respondents' first Motion for Enlargement of Time (ECF No. 25) is GRANTED. Respondents have until May 11, 2020, to answer Petitioner Israel Garcia-Borja's petition for writ of habeas corpus.

DATED this 2nd day of April, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1